922 A.2d 873

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tracy McINTOSH, Petitioner.**

Supreme Court of Pennsylvania.

April 10, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this **10th** day of **April, 2007,** it is hereby ordered that Petitioner's *Petition for Allowance of Appeal* is granted. The order entered on November 6, 2006 by the Superior Court is vacated as to the remand to a different judge of the Court of Common Pleas of Philadelphia County. See *Commonwealth v. Whitmore,* 912 A.2d 827 (Pa.2006). The November 6, 2006 order of the Superior Court is affirmed in all other respects. Petitioner's *Application for Relief Requesting Permission to File a Reply to the Commonwealth's Brief Opposing Petition for Allowance of Appeal Filed in this Case* is denied.

Justice FITZGERALD did not participate in the consideration or decision of this matter.